**Opinion issued July 20, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-21-00141-CV

_____

## IN RE LIBERTY COUNTY MUTUAL INSURANCE COMPANY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Liberty County Mutual Insurance Company, has filed a petition for writ of mandamus, requesting that this Court "direct[] the trial court to sever . . . two car-wreck cases into separate actions."[1] Relator is the automobile insurer of real party in interest, Martina Marie Valyan, who was involved in two

---

[1] The underlying case is *Martina Marie Valyan v. Rudi Cierra, Mayan Equipment Rental, Katelyn Marie Dover, and Dawain Dover*, Cause No. 2017-52441, pending in the 234th District Court of Harris County, Texas, the Honorable Lauren Reeder presiding.

car accidents. Real party in interest's claims against relator previously were severed.

We deny the petition for writ of mandamus.[2] All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.

---

[2] *See* TEX. R. APP. P. 52.3, 52.7(a).